# Chesapeake Police Department - 911 Center

## Call For Service Detail Report - CFS 18

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 1328 BATTLEFIELD BLVD N, Chesapeake | | | | |
| **Common Name** | COOK OUT RESTAURANT | | | | |
| **Custom Layer** | | **Census Tract** | 020906 | | |
| **Beat** | 513 | **Quadrant** | 402 | **District** | 5 |
| **Caller Name** | MANAGER, CHRIS - | **Caller Phone** | (757) 410-0024 | **Call Taker** | WJUDSON |
| **Create Date** | 7/7/2018 9:28:17 PM | **Clear Date** | 7/7/2018 10:13:46 PM | **Nature Of Call** | |

### Agencies

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Charlie Delta | In Progress | High | WJUDSON | 7/7/2018 9:28:17 PM |

### Call Narrative

*** 7/7/2018 ***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 9:32:25 PM | UPDATE GIVEN TO M4 | Sullivan, Danielle | | PSOBFDISP |
| 9:32:04 PM | EMPLOYEE IS IN THE BACK OF THE KITCHEN | Judson, Wanda | | PSOBFAUX1 |
| 9:28:43 PM | EMPLOYEE WITH CHEST PAIN | Judson, Wanda | | PSOBFAUX1 |

### EMD Narrative

| Time | Description | User |
|---|---|---|

### Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| MANAGER, CHRIS | | (757) 410-0024 | PSOBFAUX1 |

### Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

### Call Dispositions

| Name | Count |
|---|---|

### Unit Dispositions

| Name | Unit Number | Disposition Date |
|---|---|---|

### Call Log

**\*\*\* 7/7/2018 \*\*\***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 10:13:46 PM | Call Cleared | Close Call | M4 | FD-9HKYA90617 |
| 10:13:46 PM | Unit Status Action | Unit M4 Available | M4 | FD-9HKYA90617 |
| 10:00:43 PM | Unit Status Action | Unit M4 Transfer of PC | Wanda Judson | PSOBFAUX1 |
| 9:48:59 PM | Unit Status Action | Unit M4 At Hospital | M4 | FD-9HKYA90617 |
| 9:45:43 PM | Unit Status Action | Unit E4 Available | E4 | FD-9GKYA85061 |
| 9:43:51 PM | Unit Location | Unit M4 Secondary Location: CRMC | M4 | FD-9HKYA90617 |
| 9:43:51 PM | Unit Status Action | Unit M4 Transport | M4 | FD-9HKYA90617 |
| 9:35:15 PM | Unit Status Action | Unit M4 At Patient | Danielle Sullivan | PSOBFDISP |
| 9:33:37 PM | Unit Status Action | Unit M4 On Scene | M4 | FD-9HKYA90617 |
| 9:33:28 PM | Unit Status Action | Unit E4 On Scene | E4 | FD-9GKYA85061 |
| 9:32:25 PM | Narrative Added | UPDATE GIVEN TO M4 | Danielle Sullivan | PSOBFDISP |
| 9:32:04 PM | Narrative Added | EMPLOYEE IS IN THE BACK OF THE KITCHEN | Wanda Judson | PSOBFAUX1 |
| 9:31:47 PM | Person Updated | Name: MANAGER, CHRIS -, Contact Phone: (757) 410-0024 | Wanda Judson | PSOBFAUX1 |
| 9:31:30 PM | Narrative Added | ProQA Paramount Medical:Call had been completed in ProQA Paramount.Comments:No aspirin is available at scene. | Wanda Judson | PSOBFAUX1 |
| 9:31:05 PM | Unit Status Action | Unit M4 Enroute | M4 | FD-9HKYA90617 |
| 9:30:58 PM | Unit Status Action | Unit E4 Enroute | E4 | FD-9GKYA85061 |
| 9:30:39 PM | Unit Status Action | Unit M4 Acknowledged | M4 | FD-9HKYA90617 |
| 9:30:04 PM | Narrative Added | ProQA Paramount Medical:--- No hx heart attack or angina.--- No drugs (meds) taken in past 12 hrs. | Wanda Judson | PSOBFAUX1 |
| 9:29:44 PM | Call Updated | EMD Code Changed To 10D04 | Wanda Judson | PSOBFAUX1 |
| 9:29:44 PM | Incident Type | Incident Type changed from Medic Call to Charlie Delta for 55000 Incident Number 2018-00015665 | cad testing | PSOBFAUX1 |
| 9:29:44 PM | Call Type | Fire Call Type Changed From Medic Call To CallType: Charlie/Delta, Status: In Progress, Priority: High | Wanda Judson | PSOBFAUX1 |
| 9:29:44 PM | Narrative Added | ProQA Paramount Medical:Dispatch Code: 10D04 Det. Text: Clammy or cold sweatsResponse: Delta.ANSWERS:--- Completely alert.--- Breathing nlly.--- Not changing color.--- Clammy. | Wanda Judson | PSOBFAUX1 |
| 9:29:20 PM | Interface Action | Fire EMD Case Number Added 688393 | Wanda Judson | PSOBFAUX1 |
| 9:29:20 PM | Call Updated | Caller Phone Changed From (757) 410-0024 To (757) 410-0024 | Wanda Judson | PSOBFAUX1 |
| 9:29:20 PM | Narrative Added | ProQA Paramount Medical:45-year-old, Male, Conscious, Breathing.CC Text: Chest Pain / Chest Discomfort (Non-Traumatic) | Wanda Judson | PSOBFAUX1 |
| 9:29:19 PM | Unit Recommendation | Recommendation accepted for units: M4, E4. | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Unit Location | Unit E4 Secondary Location: Secondary Location Cleared | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Unit Status Action | Unit E4 Dispatched | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Unit Location | Unit M4 Secondary Location: Secondary Location Cleared | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Unit Status Action | Unit M4 Dispatched | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Call Ready for Dispatch | Call marked ready for dispatch | Danielle Sullivan | PSOBFDISP |
| 9:29:17 PM | Unit Recommendation | Recommendation viewed for units : M4, E4 | Danielle Sullivan | PSOBFDISP |
| 9:29:07 PM | Call Type | Fire Call Type Changed From <New Call> To CallType: Medic Call, Status: In Progress, Priority: Critical | Wanda Judson | PSOBFAUX1 |

| Time | Action | Description | | Name | Machine |
|---|---|---|---|---|---|
| 9:28:43 PM | Narrative Added | EMPLOYEE WITH CHEST PAIN | | Wanda Judson | PSOBFAUX1 |
| 9:28:37 PM | Person Added | Name: , Contact Phone: (757) 410-0024 | | Wanda Judson | PSOBFAUX1 |
| 9:28:37 PM | Call Updated | Caller Phone Changed To (757) 410-0024 | | Wanda Judson | PSOBFAUX1 |
| 9:28:30 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 1328 BATTLEFIELD BLVD N | | cad testing | CADPRODAPP1 |
| 9:28:29 PM | Address Verified | Call Location Changed from Unverified To Verified | | Wanda Judson | PSOBFAUX1 |
| 9:28:29 PM | Location | Call Location Changed from <UNKNOWN> to 1328 BATTLEFIELD BLVD N, Chesapeake (COOK OUT RESTAURANT) | | Wanda Judson | PSOBFAUX1 |
| 9:28:17 PM | Incident Created | Added Incident Number, ORI: 55000 , Number: 2018-00015665 | | Danielle Sullivan | |
| 9:28:17 PM | Call Created | New call created. Call Type: <New Call>, Location: <UNKNOWN> | | Wanda Judson | PSOBFAUX1 |

**Unit Log**

*** 7/7/2018 ***

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 10:13:46 PM | Unit Status Change | Available | M4 | Available | M4 | FD-9HKYA90617 |
| 10:13:46 PM | Unit Cleared | Unit Cleared From Call | M4 | Available | M4 | FD-9HKYA90617 |
| 10:00:43 PM | Unit Status Change | Transfer of PC | M4 | Transfer of PC | Wanda Judson | PSOBFAUX1 |
| 9:48:59 PM | Unit Status Change | At Hospital | M4 | At Hospital | M4 | FD-9HKYA90617 |
| 9:45:43 PM | Unit Status Change | Available | E4 | Available | E4 | FD-9GKYA85061 |
| 9:45:43 PM | Unit Cleared | Unit Cleared From Call | E4 | Available | E4 | FD-9GKYA85061 |
| 9:43:51 PM | Unit Location | CRMC | M4 | Transport | M4 | FD-9HKYA90617 |
| 9:43:51 PM | Unit Status Change | Transport | M4 | Transport | M4 | FD-9HKYA90617 |
| 9:35:15 PM | Unit Status Change | At Patient | M4 | At Patient | Danielle Sullivan | PSOBFDISP |
| 9:33:37 PM | Unit Status Change | On Scene | M4 | On Scene | M4 | FD-9HKYA90617 |
| 9:33:37 PM | Unit Location | 1328 BATTLEFIELD BLVD N, Chesapeake | M4 | On Scene | M4 | FD-9HKYA90617 |
| 9:33:28 PM | Unit Status Change | On Scene | E4 | On Scene | E4 | FD-9GKYA85061 |
| 9:33:28 PM | Unit Location | 1328 BATTLEFIELD BLVD N, Chesapeake | E4 | On Scene | E4 | FD-9GKYA85061 |
| 9:31:05 PM | Unit Status Change | Enroute | M4 | Enroute | M4 | FD-9HKYA90617 |
| 9:30:58 PM | Unit Status Change | Enroute | E4 | Enroute | E4 | FD-9GKYA85061 |
| 9:30:39 PM | Unit Status Change | Acknowledged | M4 | Acknowledged | M4 | FD-9HKYA90617 |
| 9:29:19 PM | Unit Location | Secondary Location Cleared | E4 | Dispatched | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Unit Status Change | Dispatched Call Number: 18, Location: 1328 BATTLEFIELD BLVD N, Chesapeake, Call Type: Medic Call | E4 | Dispatched | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Unit Location | Secondary Location Cleared | M4 | Dispatched | Danielle Sullivan | PSOBFDISP |
| 9:29:19 PM | Unit Status Change | Dispatched Call Number: 18, Location: 1328 BATTLEFIELD BLVD N, Chesapeake, Call Type: Medic Call | M4 | Dispatched | Danielle Sullivan | PSOBFDISP |

**Incidents**

| Incident Number | ORI | Type |
|---|---|---|
| 2018-00015665 | 55000: Chesapeake Fire Department | Charlie Delta |