CHESAPEAKE E M S
P O BOX 16495
CHESAPEAKE VA 23328-6495

Bill To:

Ronald Johnson
117 GATEWAY CT APT 209
CHESAPEAKE VA 23320

Amount Remitted:
Account Number: 555723
Statement Date: 05/13/2020
Patient's Balance Due: $73.88
Page: 1 of 1

Please Note: If a '1' appears in this column, we have filed with your primary carrier. If a '2' appears, we have also filed with your secondary carrier. Our records show your insurance as follows:
1: HUMANA MEDICARE                    2: VA PREMIER ELITE PLUS

| Date | Provider | ICD10 | Reference | Description of Services | Amount Charged | Payments | Insurance | Your Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/17 | CC | M54.5 | A0425 | GROUND MILEAGE SCENE TO H | 30.00 | | | 4.37 | 1 |
| 11/21/17 | CC | M54.5 | A0429 | BLS-SCENE TO HOSPITAL ER | 470.00 | | | 71.79 | 1 |
| 12/13/17 | | | | MEDICARE PYMT | | 298.59 | | | |
| 12/13/17 | | | | MEDICARE ADJ | | 201.41 | | | |
| 07/07/18 | CC | R07.1 | A0425 | GROUND MILEAGE RESIDENCE | 18.00 | | | -2.28 | 2 |
| 07/07/18 | CC | R07.1 | A0429 | BLS-RESIDENCE TO HOSPITAL | 470.00 | | | 0.00 | 2 |
| 07/24/18 | | | | MEDICARE HMO ADJUSTMENT | | 117.57 | | | |
| 07/24/18 | | | | MEDICARE HMO PAYMENT | | 295.14 | | | |
| 08/28/18 | | | | VA MEDICAID PYMT | | 4.93 | | | |
| 09/06/18 | | | | MEDICARE ADJ | | -76.16 | | | |
| 10/30/18 | | | | VA MEDICAID ADJ | | 72.64 | | | |

| Account Balance | (Refer to "Due From Patient" For Amount to Pay) | Current Balance | Over 30 | Over 60 | Over 90 | Over 120 | Due From Patient |
|---|---|---|---|---|---|---|---|
| $73.88 | | $0.00 | $0.00 | $0.00 | $0.00 | $73.88 | $73.88 |

| Providers | Account Number | Name | Telephone for Questions |
|---|---|---|---|
| CHESAPEAKE C E M S  540721442 | 555723 | RONALD JOHNSON | (757) 382-8292 |
| | Statement Date  05/13/2020 | Make check Payable To  CHESAPEAKE E M S | |

## Vital Signs

### Vitals

| Time | Pulse | Pulse Rhythm | BP | Resp | Effort | CO2 | SpO2 | Qual | PTA |
|---|---|---|---|---|---|---|---|---|---|
| 21:37:58 | 116 | Regular | 180/74 | 26 | Rapid | | 94 | At Room Air | No |
| 21:43:35 | 84 | Regular | 132/72 | 14 | Normal | 32 | 98 | | No |
| 21:49:02 | 99 | Regular | 133/82 | 19 | Normal | 31 | 98 | At Room Air | No |

## Assessment Summary

| Time | Responsiveness | Eye | Verbal | Motor | Score Qualifier | Total GCS |
|---|---|---|---|---|---|---|
| 21:37:58 | Alert | Opens Spontaneously | Oriented (<2 Years Smiles) | Obeys Commands | GCS legitimate w/o sedation | 15 |
| 21:43:35 | Alert | Opens Spontaneously | Oriented (<2 Years Smiles) | Obeys Commands | GCS legitimate w/o sedation | 15 |

| Time | Blood Glucose | BG Other | Temperature | Temp Method | Pain Score | Pain Scale | Revised Trauma | Stroke Score | Stroke Scale |
|---|---|---|---|---|---|---|---|---|---|
| 21:37:58 | | | 36.8 | Temporal Artery | 0 | Numeric (0-10) | 12 | | |
| 21:43:35 | | | | Temporal Artery | 0 | Numeric (0-10) | 12 | | |
| 21:49:02 | | | | Temporal Artery | | Numeric (0-10) | | | |

## Assessment Summary

07/07/2018 21:37:00

### Detailed Findings

| Location | Description | Details |
|---|---|---|
| **Skin** | Dry<br>Warm<br>Color - Normal to Pt | |
| **Mental Status** | Normal Baseline for Patient<br>Oriented-Person<br>Oriented-Place<br>Oriented-Time<br>Oriented-Event | |
| **Chest/Lungs** | Wheezing-Inspiratory - Left<br>Wheezing-Inspiratory - Right | |

### Normal Findings

Heart;

### Not Done

Norfolk, 549 E Brambleton Ave ,Norfolk VA 23510                                   Page 3 of 3

Regular rate and rhythm, Normal S1 and S2

**Skin:**

: mild erythema with small maculopapular lesions of the forearms

**Mental Status:**

No anxiety, Alert, Normal mood

## Assessment and Plan

### Rash

New letter provided to employer to request skin protection to avoid further recurrence of allergic reaction to dish soap when washing dishes at work. Advised to continue current treatments.

## Additional Notes

Next visit issues/items:

f/u concerning his rash

**Place of Service:** Office Visit

**Office Procedures:** There were no billable orders indicated during this patient encounter.

**Level of Service:** E&M 99213

**Problems not asssed for reason: assess at subsequent visits**

**CPTCodes:** 99213,3074F,3078F,1111F (Preliminary codes; see claim for final codes)

*Digitally signed by Lacia Chapman, MD on 08/28/2018  08:37 AM*
*Facility: Norfolk*

Norfolk, 549 E Brambleton Ave ,Norfolk VA 23510                                Page 1 of 3

# RONALD JOHNSON
ID: 875544  
Age: 45  
Ins: Humana Gold Plus (HMO)  
SNP: No  

Note Type: PCP                 Encounter Date: 08/27/2018  
DOB: 06/27/1973  
PCP: Lacia Chapman  
DOS: 08/27/2018  
Gender: M  

## Vitals

| | | | |
|---|---|---|---|
| GLU: | Temp: 98.2 | BP: 124/70 (manual) | |
| P: 86 | R: 16 | Wt: 216 | |
| Wt Ch: 4.600006103515625 lbs | Ht: 67 in | BMI: 33.8 | |
| A1C: 5.9 | A1C Date: 02/17/2018 | PulseOx: 98% | |

## Subjective

**Chief Complaint:** Patient is seen for evaluation and management of chronic medical problems.

**Brief HPI:** Walk in

Recurring rash of the arms after washing dishes at work. Employer disregarded prior notice of his allergy to the dish soap in the past. Requesting a new letter as his new manager can not find the prior letter requesting workplace accommodations to avoid exposure. Called on-call. Advised to use Benadryl and topical steroid previously given. No relief. Itching persists.

## Screenings

## Review Of Systems

Reports: Rashes | Denies: Chest Pain, Shortness of Breath, Joint Pain | Skin: itching of the arms

## Quality

## Orders

The following lab/procedure orders were placed for the patient:

| Description | Order By | Order Date | Status | Priority |
|---|---|---|---|---|
| INJECT - SOLUMEDROL 80mg IM | Lacia Chapman, MD | 8/27/2018 | Performed | Routine |
| Comments: give 80mg IM x1 now | | | | |
| MEDICATION - PICKUP | Lacia Chapman, MD | 8/27/2018 | Performed | Routine |
| Comments: None | | | | |

JOHNSON, RONALD                    MR# 875544                    Print Date: 8/28/2018

*Norfolk, 549 E Brambleton Ave ,Norfolk VA 23510*  Page 2 of 3

## Medications

Medication list was reviewed by physician.

All medications listed below including OTC, supplements, and herbal medications were reviewed with patient.

Physician has completed Post-Hospital/SNF/Rehab Discharge Medications Reconciliation together with the patient.

| Rx | MedicationName | Status | StartDate - EndDate | Sig |
|---|---|---|---|---|
| Existing | Depo-Testosterone 200 mg/mL IM Oil | Taking As Directed | 5/7/2018-10/4/2018 | Use as directed per MD in the office |
| Existing | fluticasone 50 mcg/actuation Nasal Spray, Susp | Taking As Directed | 8/21/2017-9/20/2017 | 2 sprays each nostril once daily |
| Existing | gabapentin 300 mg capsule | Taking As Directed | 6/4/2018-7/4/2018 | 2 tab orally twice daily |
| Existing | hydrocodone-acetaminophen 5 mg-325 mg tablet | Taking As Directed | 3/27/2018-4/6/2018 | Take 1 tablet by mouth every 8 hours as needed |
| Existing | ibuprofen 800 mg tablet | Taking As Directed | 2/12/2018-3/14/2018 | 1 tab orally three times daily as needed |
| Existing | Imitrex 50 mg tablet | Taking As Directed | 2/12/2018-5/13/2018 | use as directed |
| Existing | Medrol (Pak) 4 mg tablets in a dose pack | Taking As Directed | 3/27/2018-6/25/2018 | use as directed |
| Existing | naproxen 500 mg tablet | Taking As Directed | 8/14/2018-9/13/2018 | 1 tab orally twice daily as needed |
| Existing | Norco 5 mg-325 mg tablet | Taking As Directed | 3/8/2018-3/18/2018 | Take 1 tablet by mouth every 8 hours as needed |
| Existing | pantoprazole 40 mg tablet,delayed release | Taking As Directed | 8/29/2017-11/27/2017 | 1 tab orally once daily |
| New | prednisone 20 mg tablet | Taking As Directed | 8/27/2018-11/25/2018 | use as directed |
| Existing | propranolol 20 mg tablet | Taking As Directed | 2/12/2018-3/14/2018 | 1 tab orally twice daily |
| Existing | quetiapine 100 mg tablet | Taking As Directed | 3/8/2018-4/7/2018 | 1 tab orally daily at bedtime |
| Existing | Robaxin 500 mg tablet | Taking As Directed | 2/12/2018-3/14/2018 | 1 tab orally three times daily as needed |
| Existing | Ventolin HFA 90 mcg/actuation Aerosol Inhaler | Taking As Directed | 8/14/2018-8/31/2018 | Inhale 2 puffs by mouth every 4 to 6 hours as needed |
| Existing | Vitamin D2 50,000 unit capsule | Taking As Directed | 2/19/2018-5/14/2018 | 1 capsule orally once a week |

## Allergies

Peanut
Mustard
Shellfish
Milk Products

## Physical Exam

### Constitutional:
No acute distress
### Respiratory:
Normal respiratory effort, No wheezing
### Cardiovascular:

JOHNSON, RONALD     MR# 875544     Print Date: 8/28/2018

**Type of Person Signing:** EMS Primary Care Provider

**Signature Reason:** EMS Provider

**Paragraph Text:**
I acknowledge that I have provided the documented assessments/treatments for this patient.

**Signature:** Signed

**Printed Name:** RICHARD GRAY

**Signature Date:** 07/07/2018 21:50:59

**Type of Person Signing:** Patient

**Signature Reason:**
HIPAA acknowledgement/Release; Permission to Transport; Permission to Treat

**Paragraph Text:**
Our Notice of Privacy Practices (online) provides information about how we may use and disclose protected health information about you. As provided in our notice, the terms of our notice may change. If we change our notice, you may obtain a revised copy. You have the right to request that we restrict how protected health information about you is used or disclosed for treatment, payment or health care operations. We are not required to agree to this restriction, but if we do, we are bound by our agreement. By signing this form, you consent to our use and disclosure of protected health information about you for treatment, payment or health care operations. You have the right to revoke this consent, in writing, except where we have already made disclosures in reliance on your prior consent.

I authorize the release to the Social Security Administration and Centers for Medicare and Medicaid Services, any HMO/PPO, other private or public insurance, or their agents, fiscal intermediaries or carriers or an independent agency performing billing or collection functions on behalf of the ambulance service, any personal, medical or billing information needed for this or a related claim. I understand I will be responsible for any services that are not paid/covered by my insurance. A copy of this authorization shall be valid as the original and shall remain in effect until revoked in writing by the patient/insured. I request payment of medical insurance benefits either to me or to the ambulance service.

**Signature:** Signed

**Printed Name:** Ronald Johnson

**Signature Date:** 07/07/2018 21:59:15

**Type of Person Signing:** Nurse

**Signature Reason:** Transfer of Patient Care

**Paragraph Text:**
I acknowledge that the above patient was transferred to my care.

**Signature:** Signed

**Printed Name:** Evan Mack

**Signature Date:** 07/07/2018 22:00:09

**End of Report**

**Time: 07/07/2018 21:38:29**
**File Name: Physio_20180707213829.png**



**Time: 07/07/2018 21:39:13**
**File Name: Physio_20180707213913_12ld.png**



**Time: 07/07/2018 21:43:35**
**File Name: Physio_20180707214335.png**



**Time: 07/07/2018 21:49:02**
**File Name: Physio_20180707214902.png**



November 12, 2018

CHARGE NUMBER: 417-2018-01566

CHARGING PARTY: Ronald Johnson

Respondent: Cook Out Chesapeake Inc.

Ronald Johnson resigned his job without notice on or about September 05, 2018. Mr. Johnson was not subject to any form of harassment nor was he denied any known reasonable accommodations during his employment at this location.

Mr. Johnson was hired for a closing crew member position. All crew and management positions require frequent and thorough hand washing as well as the ability to wash dishes, and clean floors and equipment. There is no evidence Mr. Johnson made the managers at the location aware of any allergy or medical condition that would preclude him from performing these duties upon hire or at anytime up to the date of the doctor's note discussed below.

During the investigation into this charge, Mr. Keith Harvard was interviewed regarding the events of August 25th 2018. Mr. Harvard recalled that Mr. Johnson did complain about washing dishes, and Mr. Johnson did reference a doctor's note. According to Mr. Harvard, he could not find any documentation that night to confirm Mr. Johnson's condition. Even though no documentation could be found that night, Mr. Harvard told Mr. Johnson that he did not have to wash dishes, and that he (Mr. Harvard) would do the dishes instead. Mr. Harvard also informed Mr. Johnson that, since he was not doing the dishes as part of the normal closing procedure, he was free to leave early at around 3 am. This would have resulted in Mr. Johnson leaving approximately 45 minutes early that night. Mr. Harvard recalled that Mr. Johnson refused to leave early and voluntarily washed dishes. At no time during this interaction or any other interaction did Mr. Harvard suspend or threaten to suspend Mr. Johnson from working for any length of time. By policy, Mr. Harvard as a co-manager does not have the authority to suspend employees. Only the General Manager has that authority.

During our investigation into this charge, we located a note which would appear to be from Mr. Johnson's primary physician. This note is dated <u>August 27, 2018</u> (note that this is dated after the August 25, 2018 interaction with Mr. Harvard) and excused him from work until August 30, 2018. This note was found in the manager communication log and would have most likely been given to the management team after Mr. Johnsons return to work on or around August 30, 2018.

As part of the investigation into this charge, we spoke to the District Manager, Jon Girard, who was referenced in the charge. Mr. Girard stated that he spoke to Mr. Johnson on or around September 1, 2018. <u>After speaking with Mr. Johnson about his apparent allergy to the ordinary hand soap used to wash dishes, Mr. Girard assured him that he would not have to wash dishes moving forward</u>. Mr. Girard stated that this seemed to satisfy Mr. Johnson. Payroll records show that Mr. Johnson returned to work on September 3rd after Mr. Girard assured him that the requested accommodations would be honored. There is no report of any issues on September 3rd. There is no record of any additional complaints from Mr. Johnson after Mr. Girard resolved the situation. Mr. Johnson stopped showing up to work after his closing shift on September 3rd. Mr. Johnson missed a number of scheduled shifts and there is no record of any attempts to contact the store (per policy) to give any reasons for the absences.

1

Both Mr. Harvard and Mr. Girard stated that Mr. Johnson returned to the location to pick up his paycheck and while there became very argumentative and aggressive with the GM and Mr. Harvard regarding the doctor's notes and allegations that he had lied about his medical condition.

Mr. Johnson was not subject to any harassment nor was he denied any known reasonable request for accommodations. Mr. Johnson abandoned his job without notice. We respectfully request that this charge be dismissed.