UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RONALD JOHNSON,
    Plaintiff,

v.                                        Civil Action No. 2:20cv557

COOKOUT CHESAPEAKE, INC.,
    Defendant.

## FINAL ORDER

On November 9, 2021, Plaintiff and Defendant filed a Joint Notice of Settlement, in which they explained that the parties "have consented and agreed to resolve and settle the claims and defenses asserted" in this action. Joint Notice Settlement at 1, ECF No. 30. On November 19, 2021, the parties filed a Joint Stipulation of Dismissal, in which they ask the Court to dismiss this action "with prejudice, each party to bear his or its own costs and expenses, including attorneys' fees." Joint Stipulation Dismissal at 1, ECF No. 31 (emphasis omitted).

Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear his or its own costs and expenses, including attorneys' fees. The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is DIRECTED to send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                                           /s/
                                                   Roderick C. Young
                                                   United States District Judge

Richmond, Virginia
November 22, 2021